**ORIGINAL FILED**

JAN - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN H. STARK, | No. C 07-6465 MHP |
| Plaintiff(s), | **ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant(s). | |

(✓)  IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons. IT IS FURTHER ORDERED that plaintiff shall serve the summons, a copy of the complaint, and all papers that plaintiff has filed herein, the scheduling order, and attachments in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall refer to the attachment *Chapter 5 - What are the Requirements for Serving Documents on the Other Parties to the Lawsuit?*

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action

1  without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint
2  and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil
3  Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current
4  address. Failure to do so may result in dismissal of this action.

Dated:   JAN - 8 2008

MARILYN HALL PATEL
United States District Judge

2