UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN STARK,

    Plaintiff,

v.

MICHAEL ASTRUE,

    Defendant.
_____/

Case Number: C07-6465 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Kelly Michael Dunn**
The Hawkins Center of Rubicon Programs
101 Broadway Avenue
Suite 1
Richmond, CA 94804

January 8, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano