1  Kelly Dunn  SBN# 104380
   The Hawkins Center of Rubicon Programs
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff
5
                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                        SAN FRANCISCO DIVISION
8

9  ALAN H. STARK,                  )
                                   )
10           Plaintiff,            )   CIVIL NO. 07-6465 MHP
       vs.                         )
11                                 )
   MICHAEL J. ASTRUE,              )   STIPULATION AND ORDER TO
12 Commissioner of Social Security )   EXTEND TIME FOR PLAINTIFF
                                   )   TO FILE MOTION FOR SUMMARY
13           Defendant.            )   JUDGMENT
                                   )
14 _____

15     IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to

16 Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of

17 30 days in which to file his Motion for Summary Judgment.[1]  Plaintiff's motion was due on

18 August 21, 2008, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now

19 due on September 20, 2008.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

---

1. See attached Declaration of Kelly Dunn on behalf of Alan Stark.

1  This is Plaintiff's first request for an extension.

2

3

4
   Dated: August 14, 2008          _____/S/_____
5                                  KELLY DUNN
                                   Attorney for Plaintiff
6

7

8
   Dated: August 18, 2008          _____/S/_____
9                                  Sarah Ryan
                                   Special Assistant United States Attorney
10                                 By Donna Ryan, Special Assistant United States Attorney

11

12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16

17

18

19

20

21

22  Dated: 8/19/2008
                                   _____
23                                 MARILYN H. PATEL
                                   United States District Judge
24

25

26

27

28

*IT IS SO ORDERED* — Judge Marilyn H. Patel, United States District Court, Northern District of California (seal)

1  Kelly Dunn  SBN# 104380
   The Hawkins Center or Rubicon Programs
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff
5
                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                       SAN FRANCISCO DIVISION
8

9
   ALAN H. STARK,                    )
10                                   )
              Plaintiff,             )   CIVIL NO. 07-6465 MHP
11     vs.                           )
                                     )
12 MICHAEL J. ASTRUE,                )   DECLARATION OF KELLY DUNN
   Commissioner of Social Security,) )   IN SUPPORT OF PLAINTIFF'S
13                                   )   REQUEST FOR EXTENSION OF TIME
              Defendant.             )
14 _____    )

15
   I, KELLY DUNN, declare as follows:
16
       1. I am the attorney for plaintiff, Alan Stark.
17
       2. The Answer and administrative record in this case were filed July 22, 2008.
18
       3.  In order to ensure the necessary time to properly research and prepare the issues on
19
   appeal in this case, and in consideration of intervening deadlines in cases and other matters, I am
20
   requesting a 30 day extension to February 22, 2008 to file Plaintiff's Motion for Summary
21
   Judgment.
22
   I declare under penalty of perjury that the foregoing is true and correct to the best of my
23
   knowledge.
24
   Executed in Richmond, California on  August 14, 2008.
25

26

27                                            By: _____/S/_____
                                                  KELLY DUNN
28                                                Attorney for Plaintiff