1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              **SAN FRANCISCO DIVISION**

12

13  ALAN STARK,                    )
                                   )   CIVIL NO. 3:07-cv-6465 MHP
14        Plaintiff,               )
                                   )   STIPULATION AND ORDER AWARDING
15        v.                       )   ATTORNEY FEES UNDER THE EQUAL
                                   )   ACCESS TO JUSTICE ACT (28 U.S.C.
16  MICHAEL J. ASTRUE,             )   § 2412(d))
    Commissioner of Social Security, )
17                                 )
          Defendant.               )
18  _____ )

19
        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
20
    subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney
21
    fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR
22
    THOUSAND ONE HUNDRED dollars and 00 cents ($4,100.00).  This amount represents compensation
23
    for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in
24
    accordance with 28 U.S.C. § 2412(d).
25
        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
26
    fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.
27
    Payment of FOUR THOUSAND ONE HUNDRED dollars and 00 cents ($4,100.00) in EAJA attorney
28
    fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to

1   EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as

2   Plaintiff's assignee and delivered to Plaintiff's counsel.

3          This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

4   attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

5                                          Respectfully submitted,

6   Dated:  _____October 28, 2009_____       _/s/ Kelly Dunn_____
                                            (As authorized via email)
7                                           KELLY DUNN
                                            Attorney for Plaintiff
8

9   Dated:  _____October 28, 2009_____       JOSEPH P. RUSSONIELLO
                                            United States Attorney
10                                          LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
11                                          Social Security Administration

12                                          _/s/ Shea Lita Bond_____
13                                          SHEA LITA BOND
                                            Attorneys for Defendant
14

15

16

17  IT IS SO ORDERED:

18

19  Dated:  ____October 29, 2009____

20                                          United States District Judge

21

22

23

24

25

26

27

28